821 A.2d 485

IN THE MATTER OF KENNETH VAN RYE, AN ATTORNEY
AT LAW (ATTORNEY NO. 009921979).

May 7, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–242, concluding that **KENNETH VAN RYE** of **ELMWOOD PARK,** who was admitted to the bar of this State in 1979, and who has been suspended from the practice of law since June 21, 2001, pursuant to Orders of the Court filed May 23, 2001, and February 6, 2002, should be suspended from practice for a period of three years, for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b)(pattern of neglect), *RPC* 1.4(a)(failure to communicate with client), *RPC* 8.1(b)(failure to cooperate with ethics authorities), *RPC* 8.4(a) (violation of the Rules of Professional Conduct) and *RPC* 8.4(c)(misrepresentation);

And respondent having failed to appear on the return date of the Order to Show Cause issued in this matter;

And the Court having determined from its review of the record in this matter and respondent's ethics history that disbarment is required;

And good cause appearing;

It is ORDERED that **KENNETH VAN RYE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys of this State; and it is further

ORDERED that **KENNETH VAN RYE** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **KENNETH VAN RYE** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior

Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending the further Order of this Court; and it is further

ORDERED that **KENNETH VAN RYE** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.